UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN L. HARRIS,<br><br>    Plaintiff,<br><br> v.<br><br>A. ZAVALA,<br><br>    Defendant. | 1:21-cv-001126 HBK  (PC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE<br><br>THIRTY-DAY DEADLINE |

  Plaintiff Darren L. Harris initiated this action by filing a *pro se* civil rights complaint under 42 U.S.C. § 1983 on July 26, 2021.  (Doc. No. 1).  Plaintiff did not accompany the complaint with the $402.00 filing fee or an application to proceed *in forma pauperis* under 28 U.S.C. § 1915.

  Accordingly, it is **ORDERED**:

  1. Within thirty (30) days of the date on this order, Plaintiff shall either: (1) fully complete and sign the attached application to proceed *in forma pauperis*, or (2) pay the $402.00 filing fee for this action.

  2. Absent good cause, the Court will not grant any motions for extension of time.

  3. Failure to comply with this order will result in a recommendation to dismiss this case.

Dated: __July 27, 2021__

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE