UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN HARRIS,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>A. ZAVALA,<br><br>　　　　　　Defendant. | Case No. 1:21-cv-01126-DAD-HBK<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME<br><br>(Doc. No. 6) |

Pending before the Court is Plaintiff's motion for an enlargement of time to file a motion for leave to proceed *in forma pauperis* and submit an amended complaint. (Doc. No. 6, "Motion"). Plaintiff states he wishes to file an amended complaint because he inadvertently did not send a complete complaint. (*Id.* at 1). Plaintiff further states he is awaiting rehearing of a disciplinary report. (*Id.* at 1-2). Plaintiff does not explain why he needs additional time to submit a complete *in forma pauperis* application ("IFP motion"). (*See generally Id.*). Plaintiff requests until October 1, 2021 to both file an IFP motion and an amended complaint. (*Id.* at 2).

Fed. R. Civ. P. 6(b) provides for extending deadlines for good cause shown, if the request to extend time is made before the original time, or its extension expires; or, on a motion made after the time has expired, if the party failed to act because of excusable neglect. The Court directed Plaintiff to file a complete IFP motion or pay the filing fee within thirty days of his receipt of the July 27, 2021 Order. (Doc. No. 3). Although Plaintiff filed his Motion before the time to file an

IFP motion expired, Plaintiff fails to explain any reason, yet alone good cause, for extending the time to file a complete IFP motion. Thus, the Court grants Plaintiff's Motion to the limited extent he may file an amended complaint on or before October 1, 2021. Plaintiff must file a complete IFP motion or pay the filing fee within ten (10) days from service of this order.

Accordingly, it is **ORDERED**:

1. Plaintiff's Motion (Doc. No. 6) is granted to the limited extent he may file his amended complaint no later than October 1, 2021.

2. The motion is otherwise denied. Plaintiff must file a complete IFP motion or pay the filing fee within ten (10) days from receipt of this order.

3. Failure to timely comply with this order, or explain non-compliance, will result in the recommendation that this action be dismissed.

Dated:     September 1, 2021

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE