UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN L. HARRIS,<br><br>                   Plaintiff,<br><br>      v.<br><br>A. ZAVALA,<br><br>                   Defendant. | No.  1:21-cv-01126-DAD-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 20) |

     Plaintiff Darren L. Harris is a state prisoner proceeding *pro se* with this civil rights action filed pursuant to 42 U.S.C. § 1983.  (Doc. No. 1.)  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On May 16, 2022, the assigned magistrate judge issued findings and recommendations, recommending that plaintiff's application to proceed *in forma pauperis* be denied on the grounds that plaintiff was subject to the three strikes bar under 28 U.S.C. § 1915(g) and that the allegations of his complaint did not satisfy the "imminent danger of serious physical injury" exception to that bar.  (Doc. No. 20.)  Those findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.* at 7.)  To date, plaintiff has not filed objections to the pending findings and recommendations, and the time in which to do so has since passed.

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 16, 2022 (Doc. No. 20), are adopted;
2. In accordance with 28 U.S.C. § 1915(g), plaintiff's application to proceed *in forma pauperis* (Doc. No. 9) is denied;
3. Within twenty-one (21) days following service of this order, plaintiff shall pay the $402.00 filing fee in full to proceed with this action;
4. Failure to pay the required filing fee in full within the specified time will result in the dismissal of this case; and
5. The matter is referred back to the magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 5, 2022**

UNITED STATES DISTRICT JUDGE