UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN L. HARRIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>A. ZAVALA,<br><br>　　　　　Defendant. | Case No.  1:21-cv-01126-DAD-HBK (PC)<br><br>ORDER STRIKING PLAINTIFF'S DUPLICATIVE MOTION TO PROCEED *IN FORMA PAUPERIS*<br><br>ORDER FINDING MOTION FOR EXTENSION OF TIME TO FILE COMPLAINT PREMATURE<br><br>(Doc. Nos.  21, 24) |

　　　　Pending before the Court is Plaintiff's duplicative motion for leave to proceed *in forma pauperis* filed July 8, 2021. (Doc. No. 21).  Plaintiff earlier filed a motion to proceed *in forma pauperis* on September 27, 2021.  (Doc. No. 9).   On August 5, 2022, the district court adopted the findings and recommendations denying Plaintiff's first IFP motion due to Plaintiff's three-strike status under § 1915(g).  (Doc. No. 23).  The order required Plaintiff to pay the full $402.00 to proceed with the action and warned Plaintiff that his failure to pay the required filing fee within the specified time would result in the dismissal of the case.  (*Id.*).  Thus, Plaintiff's duplicative motion is stricken.

　　　　Also pending is Plaintiff's motion seeking a sixty-day enlargement of time for file a complaint filed on August 10, 2022.  (Doc. No. 24).[1]  Plaintiff already filed a complaint in this

---

[1] Plaintiff requests the Clerk to provide him an *in forma pauperis* application, if necessary.  Because

action on July 26, 2021. (Doc. No. 1). Liberally construed, to the extent Plaintiff seeks an extension of time to file a first amended complaint, the motion is premature until Plaintiff pays the filing fee in this case.

Accordingly, it is **ORDERED**:

1. The Clerk shall strike Plaintiff's duplicate motion to proceed *in forma pauperis* (Doc. No. 21).

2. Plaintiff's construed motion for extension of time to file a first amended complaint (Doc. No. 24) is denied as premature.

Dated:  August 12, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

---

Plaintiff submitted two *in forma pauperis* applications, the Clerk need not provide Plaintiff with another application.

2