UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARREN L. HARRIS,<br><br>        Plaintiff,<br><br>   v.<br><br>A. ZAVALA,<br><br>        Defendant. | Case No. 1:21-cv-01126-ADA-HBK (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO CLOSE THE CASE<br><br>(ECF No. 23) |

    This matter comes before the Court upon periodic review of the file. On August 5, 2022, the Honorable Dale D. Drozd issued an order adopting the May 16, 2022, findings and recommendations recommending denial of Plaintiff's motion for leave to proceed *in forma pauperis* because Plaintiff qualified as a three striker under 28 U.S.C. § 1915(g) and the complaint did not satisfy the "imminent danger" exception. (ECF No. 23.) As a result, the order further directed Plaintiff to pay the requisite $402.00 filing fee within twenty-one (21) days or the Court would issue an order dismissing the action. (*Id*. at 2). As of the date on this order, Plaintiff has not paid the requisite filing fee and the time to do so has expired. Thus, the action is subject to dismissal.

///

///

///

Accordingly, it is **ORDERED**:

The Clerk of Court shall terminate any pending motions or deadlines, enter judgment accordingly, and close this case.

IT IS SO ORDERED.

Dated:   September 28, 2022

_____
UNITED STATES DISTRICT JUDGE